**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 26-8345-JFW(MARx)**                              Dated: **August 11, 2026**

Title:      Alejandra Navarro -*v*- TikTok, Inc.

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Julieta Lozano**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                          None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER RE: ARTIFICIAL INTELLIGENCE**

       If any attorney for a party or a *pro se* party has used any generative artificial intelligence ("AI") in the preparation of any complaint, answer, motion, brief, or other document filed with the Court, the attorney or *pro se* party shall disclose that AI has been used in the preparation of the document, and **CERTIFY** that the attorney or *pro se* party has personally reviewed and verified the accuracy of all legal citations, quotations, factual statements, and analyses contained in the document. Failure to include such certification will result in the striking of the document.

       IT IS SO ORDERED.

(Rev. 6/1/26)                                          Initials of Deputy Clerk  _jloz_