**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
LLOYD VU (SBN 248717)
lvu@dollamir.com
RYAN H. CHAN (SBN 323424)
rchan@dollamir.com
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
TIKTOK INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEJANDRA NAVARRO,** individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TIKTOK INC.,**<br><br>Defendant. | Case No. 2:26-cv-08345-BFM<br><br>*Assigned to District Judge John F. Walter*<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[*Proposed Order lodged concurrently herewith*]<br><br>Complaint Served: 08/17/2026<br>Current Response Date: 10/05/2026<br>New Response Date: 11/04/2026 |

DOLL AMIR & ELEY LLP

Plaintiff Alejandra Navarro ("Plaintiff") and Defendant TIKTOK INC. ("TikTok") (hereinafter, collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend TikTok's time to file a responsive pleading to Plaintiff's Class Action Complaint to November 4, 2026:

**WHEREAS:**

1. Plaintiff filed her Class Action Complaint ("Complaint") on July 19, 2026;

2. TikTok was served with the Complaint on August 17, 2026;

3. TikTok's deadline to respond to the Complaint was September 4, 2026;

4. On August 26, 2026, the Parties filed its first stipulation extending TikTok's responsive pleading deadline by thirty (30) days, until and including October 5, 2026. *See* Dkt. No. 12;

5. Since that time, internal staffing changes at TikTok have significantly impacted the timing of its ability to gather internal information necessary for the Parties to evaluate the allegations and causes of action asserted in the Complaint;

6. Additional time will allow TikTok time to re-assign the matter internally, complete its internal investigation of the claims and issues, and enable the Parties to explore early resolution of disputes and/or narrow any issues to be raised in motion practice at the pleadings stage; and

7. The Parties, therefore, agree that good cause exists to extend TikTok's deadline to respond to the Complaint by an additional thirty (30) days, until and including November 4, 2026, to allow the Parties additional time to evaluate their positions and information with the goal of conserving the Parties' and this Court's time and resources.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

TikTok's deadline to respond to the Complaint is extended by thirty (30) days, until and including November 4, 2026.

DOLL AMIR & ELEY LLP

DATED: September 30, 2026

EDELSBERG LAW, P.A.

By: */s/ Scott Edelsberg*
SCOTT EDELSBERG
Attorneys for Plaintiff,
ALEJANDRA NAVARRO

DATED: September 30, 2026

DOLL AMIR & ELEY LLP

By: */s/ Hunter R. Eley*
HUNTER R. ELEY
LLOYD VU
RYAN H. CHAN
Attorneys for Defendant,
TIKTOK INC.

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Scott Edelsberg, counsel for Plaintiff, and that I have obtained Mr. Edelsberg's authorization to affix his electronic signature to this document.

DATED: September 30, 2026

DOLL AMIR & ELEY LLP

By: */s/ Hunter R. Eley*
HUNTER R. ELEY
Attorneys for Defendant,
TIKTOK INC.

DOLL AMIR & ELEY LLP

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **515 S. Flower Street, Suite 1812, Los Angeles, California 90071**.

On September 30, 2026, I served the foregoing document described as **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 725 S. Figueroa Street, Suite 3275, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am “readily familiar” with the firm’s practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk’s Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2026, at Los Angeles, California.

*/s/ Amalia Flores*

Amalia Flores

## SERVICE LIST

| | |
|---|---|
| Scott Edelsberg, Esq.<br>EDELSBERG LAW, P.A.<br>1925 Century Park E., #1700<br>Los Angeles, CA 90067 | T: (305) 975-3320<br>E: scott@edelsbergaw.com<br><br>*Attorneys for Plaintiff, Alejandra Navarro* |