# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRA NAVARRO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TIKTOK INC.,

Defendant.

Case No. 2:26-cv-08345-JFW-MAR

*Assigned to Judge John F. Walter; Referred to Magistrate Judge Margo A. Rocconi*

**ORDER GRANTING AMENDED THIRD STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**

[*Amended Third Stipulation filed concurrently herewith*]

| | |
|---|---|
| Complaint Served: | 08/17/2026 |
| Current Response Date: | 11/04/2026 |
| New Response Date: | 11/18/2026 |

# ORDER

Having duly considered the parties' Amended Third Stipulation to Extend Time to Respond to Class Action Complaint by More than 30 Days (L.R. 8-3), and good cause having been established, **IT IS HEREBY ORDERED THAT**:

Defendant TikTok's deadline to respond to the Complaint is extended by fourteen (14) days, until and including November 18, 2026.

DATED: November 9, 2026

Hon. John F. Walter
United States District Judge